UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) |
| | )    B/K Case No. 17-00734-DD |
| KYLE ROBERT JACKSON and | ) |
| ANGELA M. THOMAS-JACKSON | )    Chapter 7 |
| | ) |
|         Debtors. | ) |
| | ) |
| KEVIN CAMPBELL, TRUSTEE | )    Adversary Proceeding No. 18-80005-DD |
| | ) |
|         Plaintiff, | ) |
| vs. | ) |
| | ) |
| JEFFREY MCLAUGHLIN | )    **ORDER GRANTING DEFAULT JUDGMENT** |
| | ) |
|         Defendant. | ) |

It appears from the Affidavit of Default which has been filed with this Court that the original Complaint was filed with this Court on January 15, 2018. Further, a Summons was issued by the Clerk of Court on January 16, 2018. Both the Summons and Complaint were served upon the Defendant as evidenced by the Certificate of Service filed with this Court on January 19, 2018. Correspondence was filed by Angela McLaughlin Jackson, the defendant's sister, on February 15, 2018. The Court entered an order on February 16, 2018 stating that the correspondence was not responsive to the summons and complaint because Ms. Jackson is not a party to the adversary proceeding and, as a non-attorney, cannot represent the defendant. No answer has been filed by the Defendant. The Clerk entered default against the Defendant on February 21, 2018.

Through the well-pled allegations in the complaint, the Plaintiff alleged, and by the Defendant's failure to respond, it is deemed admitted, the Debtors made the following pre-petition payments to the Defendant from the joint checking account at South State Bank (Account ending - 7537):

| Date Check cleared | Check No. | Amount |
|---|---|---|
| April 19, 2016 | #1155 | $15,000.00 |
| June 8, 2016 | #1011 | $25,000.00 |

The payments made to the insider Defendant, a creditor of the debtors, occurred within one year prior to the filing for bankruptcy relief on account of an antecedent debt owed to the Defendant before the transfers were made. At the time of the transfers the Debtors were insolvent or became insolvent as a result of the transfers. Further, the benefits received through the payments enabled the Defendant to receive more than he would have received under the distributive provisions of Chapter 7 if the transfers had not been made.

Therefore, it is ORDERED, ADJUDGED and DECREED that the Plaintiff is hereby granted judgment against the Defendant and the transfers are avoided pursuant to 11 U.S.C. § 547; and

IT IS FURTHER ORDERED that the Plaintiff recover the value of the property transferred and therefore is awarded a judgment against the Defendant Jeffrey McLaughlin in the amount of Forty Thousand ($40,000.00) Dollars pursuant to 11 U.S.C. §550.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**02/22/2018**



Entered: 02/23/2018

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina