## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | B/K Case No. 17-00734-DD |
| KYLE ROBERT JACKSON and | ) | |
| ANGELA M. THOMAS-JACKSON | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| KEVIN CAMPBELL, TRUSTEE | ) | Adversary Proceeding No. 18-80005-DD |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY MCLAUGHLIN | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is hereby granted a Judgment against defendant Jeffrey McLaughlin in the amount of $40,000.00.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**02/22/2018**



Entered: 02/23/2018

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina